**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| PRINTFLY CORPORATION | : | No. 352 EAL 2023 |
| | : | |
| | : | |
| v. | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| | : | |
| JORDAN NEMEROFF AND ELYSSA NEMEROFF | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| MICHAEL NEMEROFF AND ALEXIS NEMEROFF | : | |
| | : | |
| | : | |
| PETITION OF: JORDAN NEMEROFF AND ELYSSA NEMEROFF | : | |

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 3rd day of April, 2024, the Petition for Allowance of Appeal is **DENIED**.